UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

STATE FARM FIRE & CASUALTY COMPANY                                    PLAINTIFF

VERSUS                                                    CIVIL ACTION NO. 2:09cv78KS-MTP

MICHAEL R. BOBO                                                         DEFENDANT

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS DAY, this cause came on to be heard on the *ore tenus* motion of the parties for a dismissal with prejudice of all claims made in this action. The Court notes that the parties have entered into a Stipulation that the Homeowners policy issued to Bobo by State Farm does not provide any coverage for the allegations contained in the Counterclaim of the lawsuit styled "*Glen Williams [and] Michael Bobo v. Wolf Pup, LLC, et al.*", Number 2008-902652 in the Circuit Court of Bessemer County, Alabama, and that State Farm has no duty to defend Bobo against said allegations. The Court finds, therefore, that all claims made by either party in this action are now moot, and the action is due to be dismissed with prejudice. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2),

**IT IS ORDERED AND ADJUDGED**, that all claims brought by the plaintiff and the defendant in this action be, and they are hereby dismissed with prejudice.

This, the 22nd day of December, 2009.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE